21-MJ-3701-O'SULLIVAN

FILED BY KS D.C.
USSS
Aug 26, 2021
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| DIEDRIE ROCHELLE WEIR | ) | Case No. 3:21-CR-89 |
| | ) | |
| | ) | SEALED |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
(name of person to be arrested) DIEDRIE ROCHELLE WEIR,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

From in or about February 2013 through October 2018, in the Eastern District of Tennessee, Weir conspired to commit mail and/or wire fraud in violation of 18 U.S.C. § 1341 and 1343.

Date: 07/07/2021

LEANNA R. WILSON, CLERK

City and state: Knoxville, Tennessee

Printed name and title

### Return

This warrant was received on (date) 7-13-21, and the person was arrested on (date) 8-26-21
at (city and state) Pembroke Pines, FL

Date: 8-26-21

COPY
Arresting officer's signature

VERNON POINDEXTER /SA
Printed name and title

FID: 11301714

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE



FILED

JUL 7 2021

Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

UNITED STATES OF AMERICA,           )
                                    )
             Plaintiff,             )    No. 3:21-CR- 87
                                    )
     v.                             )    JUDGES Jordan / Guyton
                                    )
                                    )
DIEDRIE ROCHELLE WEIR               )
a.k.a. DIEDRIE REID; and,           )
                                    )
[redacted]                       ,  )
                                    )
             Defendants.            )

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
### [Conspiracy to Commit Mail and Wire Fraud]

From in or about February 2018 through in or about October 2018, within the Eastern District of Tennessee and elsewhere, DIEDRIE ROCHELLE WEIR (WEIR), a.k.a. DIEDRIE REID and ([redacted]) did knowingly and willfully conspire, combine, confederate and agree with each other and others both known and unknown to the grand jury to commit mail fraud and wire fraud, offenses against the United States, that is, with the intent to defraud, to knowingly and willfully devise and intend to devise, and to participate in, a scheme and artifice to defraud and for obtaining money by means of materially false and fraudulent pretenses, representations, and promises, and for the purpose of executing such scheme and artifice to defraud and for obtaining money and property by means of materially false and fraudulent pretenses, representations, and promises, to knowingly cause matters and things to be sent and delivered by commercial interstate carrier according to the direction

thereon, and for the purpose of executing such scheme and artifice, cause to be transmitted by means of wire in interstate commerce, writings, signs, and signals, in violation of Title 18, United States Code, Sections 1341 and 1343.

## PURPOSE OF THE CONSPIRACY

1. The conspiracy's purpose was to obtain money by initially telling the victim, N.M., that N.M. had won a large sweepstakes lottery, and induced N.M. into providing money N.M.'s Personal Identifiable Information (PII), in order to defraud N.M. of funds in N.M.'s bank accounts and insurance funds.

## MANNER AND MEANS OF THE CONSPIRACY

2. The manner and means by which        , WEIR, and        and other co-conspirators, both known and unknown to the grand jury, sought to accomplish the purpose of the conspiracy included, among others, the following:

    a. It was part of the conspiracy that N.M. was contacted by telephone and falsely informed that N.M. was the winner of a sweepstakes lottery entitling N.M. to receive large sums of prize money.

    b. It was also part of the conspiracy that, after gaining the trust of the N.M., N.M. was then induced to wire and mail monetary payments for the purpose of paying taxes and processing costs associated with the falsely represented and bogus sweepstakes prizes to        and others known and unknown co-conspirators.

    c. It was also part of the conspiracy that the defendants deceived N.M. into providing her PII and financial information. The defendants used N.M.'s PII information without N.M.'s authority to establish an online presence pretending to be the victim, to alter the

victim's identity, open joint bank accounts under the names of          and N.M. and to fraudulently disperse funds from N.M.'s American General Life Insurance Company (AGL) policies.

    d.    It was also part of the conspiracy that, once the co-conspirators fraudulently and without authority gained access to N.M.'s AGL policy information, fraudulent paperwork was mailed to AGL directing funds to be dispersed from both policies to N.M. by check via the United States Postal Service (USPS) to a false Florida address established by members of the conspiracy. The AGL checks were then forged and deposited into two fraudulent joint bank accounts in the names of          nd N.M.

    e.    It was also part of the conspiracy that once the checks were deposited into one of the fraudulent accounts, money was withdrawn, then commercially wired to other known and unknown co-conspirators both in and outside the United States.

    3.    On or about the following dates, as further representation of the manner and means of the conspiracy, and in furtherance of the execution and attempted execution of the conspiracy, defendants,          WEIR, and          nd their co-conspirators both known and unknown to the grand jury took and caused the following actions to facilitate, protect, conceal, and expand the conspiracy:

3

| WIRE/USPS | Date | From Account | Amount | To Account/Address |
|---|---|---|---|---|
| WIRE | February 27, 2018 | | $8000.00[1] | SunTrust Account: xxxx3926 |
| WIRE | March 5, 2018 | N.M. SunTrust Account: xxxx6548 | $20,000.00 | SunTrust Account: xxxx3926 |
| USPS | August 28, 2018 | N.M. AGL Account: xxxx8194 ck#: 31675159 P.O. Box 871 Amarillo, Texas, 79105-0871 | $43,303.28 | N.M. 18318 Pines Blvd, Pembroke, Florida 33092 |
| USPS | September 6, 2018 | N.M. AGL Account: xxxx4827 ck#: 31686866 P.O. Box 871 Amarillo, Texas, 79105-0871 | $71,250.00 | N.M. 18318 Pines Blvd, Pembroke, Florida 33092 |
| USPS | September 17, 2018 | N.M. AGL Account: xxxx8194 ck#: 31675159 P.O. Box 871 Amarillo, Texas, 79105-0871 | $51,150.00 | N.M. 18318 Pines Blvd, Pembroke, Florida 33092 |

All in violation of Title 18, United States Code, Section 1349.

## COUNT TWO
### [Aggravated Identity Theft]

On or about August 30, 2018, in the Eastern District of Tennessee, the defendant,

, during and in relation to a felony enumerated in subsection (c) of Title 18, United

States Code, Section 1028A, that is Conspiracy to Commit Mail and Wire Fraud, as charged in

---

[1] Cash deposit.

4

Count 1 of this Indictment, which is incorporated herein by reference, knowingly possessed and used, without lawful authority, means of identification of another actual person, those being a date of birth and a social security number ending in 8130 belonging to N.M., to open a fraudulent joint bank account with Wells Fargo ending in xxxx0029, knowing that the means of identification belonged to another actual person and without authority, in violation of Title 18, United States Code, Sections 1028A(a)(1) and (c)(5).

## COUNT THREE
### [Aggravated Identity Theft]

On or about August 30, 2018, in the Eastern District of Tennessee, the defendant, during and in relation to a felony enumerated in subsection (c) of Title 18, United States Code, Section 1028A, that is Conspiracy to Commit Mail and Wire Fraud, as charged in Count 1 of this Indictment, which is incorporated herein by reference, knowingly possessed and used, without lawful authority, means of identification of another actual person, those being a date of birth and a social security number ending in 8130 belonging to N.M., to open a fraudulent joint bank account with Wells Fargo ending in xxxx8523 knowing that the means of identification belonged to another actual person and without authority, in violation of Title 18, United States Code, Sections 1028A(a)(1) and (c)(5).

## COUNT FOUR
### [Aggravated Identity Theft]

On or about August 30, 2018, in the Eastern District of Tennessee, the defendant, during and in relation to a felony enumerated in subsection (c) of Title 18, United States Code, Section 1028A, that is Conspiracy to Commit Mail and Wire Fraud, as charged in Count 1 of this Indictment, which is incorporated herein by reference, knowingly possessed and used, without lawful authority, means of identification of another actual person, those being a

date of birth and a social security number ending in 8130 belonging to N.M., to open a fraudulent joint bank account with PNC Bank ending in xxxx8571 knowing that the means of identification belonged to another actual person and without authority, in violation of Title 18, United States Code, Sections 1028A(a)(1) and (c)(5).

## COUNT FIVE
### [Aggravated Identity Theft]

On or about August 30, 2018, in the Eastern District of Tennessee, the defendant, during and in relation to a felony enumerated in subsection (c) of Title 18, United States Code, Section 1028A, that is Conspiracy to Commit Mail and Wire Fraud, as charged in Count 1 of this Indictment, which is incorporated herein by reference, knowingly possessed and used, without lawful authority, means of identification of another actual person, those being a date of birth and a social security number ending in 8130 belonging to N.M. to open a fraudulent joint bank account with PNC Bank ending in xxxx8563 knowing that the means of identification belonged to another actual person and without authority, in violation of Title 18, United States Code, Sections 1028A(a)(1) and (c)(5).

## COUNT SIX
### [Aggravated Identity Theft]

On or about August 30, 2018, in the Eastern District of Tennessee, the defendant, during and in relation to a felony enumerated in subsection (c) of Title 18, United States Code, Section 1028A, that is Conspiracy to Commit Mail and Wire Fraud, as charged in Count 1 of this Indictment, which is incorporated herein by reference, knowingly possessed and used, without lawful authority, means of identification of another actual person, those being a date of birth and a social security number ending in 8130 belonging to N.M. to open a fraudulent joint bank account with PNC Bank ending in xxxx8555 knowing that the means of identification

belonged to another actual person and without authority, in violation of Title 18, United States Code, Sections 1028A(a)(1) and (c)(5).

## FORFEITURE ALLEGATIONS

The allegations contained in Count One of this Indictment are hereby realleged and incorporated herein by reference for the purpose of alleging forfeitures as follows:

Pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), upon conviction of any offense in violation of Title 18, United States Code, Section 1349, the defendants shall forfeit to the United States any property, real or personal, constituting or derived from proceeds traceable to a violation of Title 18, United States Code, Section 1349, including but not limited to: a personal money judgment against the defendants and in favor of the United States in the amount of the proceeds that the defendants personally obtained for violations of Title 18, United States Code, Section 1349. Pursuant to Title 21, United States Code, Section 853(p), the defendants shall forfeit substitute property, up to the value of the property subject to forfeiture, if by any act or omission of any of the defendants, said property, or any portion thereof:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred, sold to, or deposited with a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property that cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States

Code, Section 2461(c).

A TRUE BILL:

GRAND JURY FOREPERSON

FRANCIS M. HAMILTON III
ACTING UNITED STATES ATTORNEY

By: Jennifer Kolman
Assistant United States Attorney

8